UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

In Re: ) Case No. 16-50817
)
Samuel S. Weaver, Jr. ) Chapter 7
)
    Debtor(s). ) Judge: Alan M. Koschik

## MINUTES OF MEETING OF CREDITORS

Date of 341 Meeting: Aug 15, 2016      Time: 11:00 AM

Debtor(s)' Attorney: WARNER MENDENHALL

Examination Conducted by:
  Interim Trustee: Marc P. Gertz    (X)
  Elected Trustee: _____ ( )   Disputed? ( )
  Other: _____ ( )

**Results of Meeting:**

Held (X)                    Not Held ( )
Concluded (X)            Debtor Failed to Appear ( )
Continued ( )            Attorney Failed to Appear ( )
  Date: _____                 Rescheduled: yes ( ) no ( )
  Time: _____                 At §341 ( ) Prior to §341 ( )

                                       Date: _____
Address: Changed to:           Time: _____

_____
                                    Motion to Dismiss to Follow ( )
Address Correct (X)             Other: See Comments: ( )

Case Determined to be:    Asset         ( )      707(b) Review:
                            No-asset      ( )      No Action Required (X)
                            Undetermined (X)      Recommend UST Action ( )
                                                                             (see below/letter to follow)

Creditors Present:
  Creditor                 Representative             Address & Phone

_____
_____
_____

Comments:

_____
_____

                                                     /s/ Marc P. Gertz
                                                     Marc P. Gertz, Trustee